IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL AND FOR IN CAMERA REVIEW** |

*This document relates to:*

Dorothy Lamb, 06-4261 CRB
_____/

Now pending for decision is the motion of the Barrett Law Office, P.A. and Law Offices of Walter Dumas to withdraw as counsel for plaintiff Dorothy Lamb in the above matter and to file a supporting affidavit under seal. The motion to file the affidavit under seal and for in camera review is GRANTED.

After carefully considering the motion, and the supporting affidavit filed under seal, the Court ORDERS PLAINTIFF TO SHOW CAUSE as to why (1) the motion to withdraw as counsel should not be granted; and (2) plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. If plaintiff wishes to contest the withdrawal of counsel and/or dismissal of the plaintiff's lawsuit for failure to prosecute, plaintiff shall notify the Court in writing on or before **March 9, 2007** of the reasons the withdrawal should not be granted or the case dismissed. In particular, if plaintiff wishes to proceed with

this action, she shall advise the Court of the name and address of her new counsel or, if she will be representing herself, she must advise the Court of her contact information. In addition, she shall advise the Court as to whether she has completed and served defendants with a plaintiff fact sheet and provided defendants with authorizations for the release of medical records. Plaintiff is warned that her failure to communicate with the Court in writing as set forth above may result in dismissal of her action with prejudice.

Plaintiff's counsel shall ensure that plaintiff receives notice of this Order.

**IT IS SO ORDERED.**

Dated: Feb. 13, 2007

/s/
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\Barrettwithdraw2.wpd