| | |
|---|---|
| 1 | BARRETT LAW OFFICE, P.A. |
| 2 | P.O. Box 987 |
|   | 404 Court Square |
|   | Lexington, MS 39095 |
| 3 | Telephone (662) 834-2376 |
|   | Facsimile (662) 834-2628 |
| 4 | |
| 5 | MAPLES & LOMAX, P.A. |
|   | P.O. Drawer 1368 |
| 6 | 2502 Market Street |
|   | Pascagoula, MS 39568-1368 |
| 7 | Telephone:  (228) 762-3161 |
|   | Facsimile:   (228) 762-5768 |
| 8 | |
| 9 | |
|10 | *Plaintiff's Counsel* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | | No. 05-CV-01699 CRB |
| | | MDL NO. 1699 |
| This Document Relates To: *Dorothy Ann Lamb v. Pfizer, Inc.* | | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CLAIMS OF DOROTHY ANN LAMB** |
| CASE NO. C 06-4261(CRB) | | |

Plaintiff Dorothy Ann Lamb, and Defendant Pfizer, Inc. ("Pfizer"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of all claims of Dorothy Annn Lamb in the above-styled lawsuit, subject to the following conditions:

1. Dorothy Ann Lamb agrees that, in the event she re-files a lawsuit against Pfizer, Inc. that contains claims relating to Bextra/Celebrex®, such lawsuit will be filed in a United States District Court; and

2. Dorothy Ann Lamb further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re Bextra/Celebrex Products Liability Litigation* (MDL-1699), the MDL proceeding that has been established in the United States District Court for the Northern District of California, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Dorothy Ann Lamb as though she had been a party and had had an opportunity to participate in that discovery.

3. Dorothy Ann Lamb agrees to the above-stated conditions and wishes to dismiss her claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

In compliance with PreTrial Order No. 2, the undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court they will make the change directly on File & Serve to reflect the dismissal without prejudice for the above-referenced matter.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Dorothy Ann Lamb in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

DATED: February 13, 2007

s/ David M. McMullan

David M. McMullan, MB No. 8494
BARRETT LAW OFFICE, P.A.
P. O. Box 987
Lexington, MS 39095
Telephone: 662 834 2376
Facsimile:  662 834 2409

Scott Nelson, Esq.
MAPLES & LOMAX
P.O. Drawer 1368
Pascagoula, MS 39568
Telephone: 228 762-3161
Facsimile:  228 762-5768

*Attorneys for Plaintiff Dorothy Ann Lamb*

[Signature]

Defendants' Liaison Counsel

Stuart M. Gordon
Stephen M. Lawniczak
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415 986-5900
Facsimile: 415 986-8054

Amy W. Schulman
DLA PIPER US LLP
1251 Avenue of Americas
New York, NY 10020
Telephone: 212 335-4500
Facsimile: 201 335-4501

*Counsel for Defendants Pfizer Inc., Pharmacia Corporation, and G.D. Searle, LLC*

APPROVED AND SO ORDERED:

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

Dated this __26th__ day of __Feb.__, 2007.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]